No. 68158.—Reinhold A. Auerbach, Inc. v. United States, protest 63/6233 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, DECEMBER 9, 1963

No. 68159.—Palmar Import Co., Inc., and Frank P. Dow Co., Inc., et al. v. United States, protests 59/3147 (B), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1963

No. 68160.—Magnesium Elektron, Inc. v. United States, protests 61/23691, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of Magnesium Elektron, Inc. v. United States (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.